### OSCAR THOMAS V. THE STATE.

No. 10012.   Delivered March 17, 1926.

**Carrying a Pistol—No Bills of Exception—No Statement of Facts.**

There being neither bills of exception nor statement of facts, in the record and no fundamental error being perceived, the judgment is affirmed.

· Appeal from the County Court of Gregg County.   Tried below before the Hon. W. R. Hughes, Judge.

Appeal from a conviction for carrying a pistol, penalty a fine of $100.00.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for unlawfully carrying a pistol; punishment fixed at a fine of $100.00.

The indictment appears regular.   The record is before us without statement of facts and bill of exceptions.   No fundamental error has been perceived.

The judgment is affirmed.

*Affirmed.*